WEEMS *v.* JONES.   WEEMS *v.* AMERICAN MORTGAGE CO.

Interest and usury.

SIMMONS, J.—The material facts in both of these cases are the same, and both are ruled by the case of *Merck* v. *American Freehold Co.,* 79 *Ga.* 213.     *Judgment affirmed.*

March 4, 1891. Argued at the last term.

From Chattahoochee superior court, September term, 1889. Before Judge SMITH.

E. J. WYNN and C. J. THORNTON, for plaintiff in error.
W. E. SIMMONS, *contra.*